IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FREDERICK B. ROGERS, )
 )
    Plaintiff, )
 )
VS. ) No. 14-1199-JDT-egb
 )
BLAKE ANDERSON, et al., )
 )
    Defendants. )

ORDER OF CORRECTION

On February 13, 2015, an order of dismissal was entered in this matter. That order stated as follows:

> For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the **first** dismissal of one of his cases as frivolous or for failure to state a claim. This "strike" shall take effect on entry of judgment. *See* Coleman v. Tollefson, 733 F.3d 175, 177-78 (6th Cir. 2013).

Order 2/13/2015 [DE# 14] at pp. 9-10 (emphasis added).

On January 5, 2015, the complaint that Plaintiff had filed in Rogers v. Cunningham, 1:14-cv-1198-JDT-egb was dismissed as frivolous and/or for failure to state a claim. Therefore, the order of dismissal in the present case is hereby amended to state:

> For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the second dismissal of one of his cases as frivolous or for failure to state a claim. This "strike" shall take effect on entry of judgment. *See* Coleman v. Tollefson, 733 F.3d 175, 177-78 (6th Cir. 2013).

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE